W. K. Zewadski, Jr., Plaintiff in Error, v. Ludden & Bates, Southern Music House, *et al.*, Defendants in Error.

Writ of Error to a Judgment of the Circuit Court for Hillsborough County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

V. H. Nysewander, G. B. Zewadski and W. K. Zewadski, for Plaintiff in Error;

H. P. Baya, for Defendants in Error.

---

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.